## Jack Reiter, Appellee, v. City of Chicago, Appellant.

## Gen. No. 40,898.

Heard in second division, first district, at October term, 1939; opinion filed December 27, 1939. Barnet Hodes, Corporation Counsel, for appellant; Alexander J. Resa, L. Louis Karton, Sydney R. Drebin and Adam E. Patterson, Assistant Corporation Counsel, of counsel; no appearance for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''